# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-3376

_____

United States of America,      *
     *
        Appellee,      *
     *    Appeal from the United States
    v.      *    District Court for the Western
     *    District of Missouri.
Jacob A. Kanatzar,      *
     *        [UNPUBLISHED]
        Appellant.      *

_____

Submitted: March 3, 2005
Filed: June 20, 2005

_____

Before WOLLMAN, RICHARD S. ARNOLD,[1] MORRIS SHEPPARD ARNOLD,
    Circuit Judges.

_____

MORRIS SHEPPARD ARNOLD, Circuit Judge.

    The Supreme Court of the United States granted certiorari in this case, vacated
our judgment, and remanded the case to us for reconsideration in light of _United
States v. Booker_, 125 S. Ct. 738 (2005). _See Kanatzar v. United States_, 125 S. Ct.
1010 (2005), _granting cert. and vacating the judgment in United States v. Kanatzar_,
370 F.3d 810 (8th Cir. 2004). In _Booker_, 125 S. Ct. at 749-51, the Court held that
sentence enhancements based solely on facts found by a court under mandatory

---

[1]The Honorable Richard S. Arnold died on September 23, 2004. This opinion
is being filed by the remaining judges of the panel pursuant to 8th Cir. R. 47E.

federal sentencing guidelines violate the sixth amendment, which the Court then remedied by making the sentencing guidelines advisory rather than mandatory, *id.* at 764.

We have examined the relevant record and conclude that the defendant, Jacob Kanatzar, did not preserve a *Booker* issue, and that he is not entitled to plain-error relief because he cannot show that his substantial rights were affected, *see United States v. Pirani*, 406 F.3d 543, 550-53 (8th Cir. 2005) (en banc). We therefore conclude that *Booker* did not affect our previous opinion in this case. Accordingly we reinstate our prior opinion and again affirm the judgment of the district court.[2]

_____

_____

[2]The Honorable Fernando J. Gaitan, Jr., United States District Judge for the Western District of Missouri.